IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 91 CR 217 |
| PHILLIP H. BROADWELL, | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This Court has received by random assignment a Petition on Probation and Supervised Release on this case, which at its inception had been assigned to its now retired colleague Honorable George Lindberg. According to the probation officer's April 24, 2013 special report, defendant Phillip Broadwell ("Broadwell") has been serving the supervised release portion of Judge Lindberg's sentence concurrently with a supervised release term in 95 CR 449, which had originally been assigned to another of this Court's former colleagues, Honorable Blanche Manning.

What occasions the current special report is that Chief Judge Holderman has conducted a hearing in what had been Judge Manning's case, has found Broadwell to have violated the terms of supervised release in that case and has sentenced him to 24 months in custody, with no supervised release to follow. This Court sees no reason to conduct a separate hearing in what had been Judge Lindberg's case, because it sees no need to deal with the identical violative conduct a second time -- instead it simply orders that the supervised release term in Case No. 91 CR 217 be terminated unsatisfactorily.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 30, 2013